680

32 So.2d 185

HARWOOD, Judge.

Affirmed; remanded for proper sentence in accordance with Code 1940, Tit. 15, § 325.

**Bennie ROY v. STATE.**

**6 Div. 497.**

Court of Appeals of Alabama.
July 25, 1947.

Lipscomb & Lipscomb, of Bessemer, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

35 So.2d 924

**Eugene ROYSTER v. STATE.**

**6 Div. 545.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

36 So.2d 610

**Irene RUSSELL v. STATE.**

**7 Div. 949.**

Court of Appeals of Alabama.
June 29, 1948.

Karl C. Harrison, of Columbiana, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

32 So.2d 182

**Herbert D. RUTLEDGE v. STATE.**

**7 Div. 917.**

Court of Appeals of Alabama.
June 24, 1947.

Earl Montgomery, of Talladega, for appellant.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

CARR, Judge.

Affirmed.

35 So.2d 924

**Perry RUTLEDGE v. STATE.**

**6 Div. 503.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

29 So.2d 904

**Alma SALTER v. STATE.**

**3 Div. 876.**

Court of Appeals of Alabama.
Jan. 7, 1947.